| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|

United States District Court
Southern District of Texas
**ENTERED**
February 05, 2018
David J. Bradley, Clerk

Juan Serratos, §
§
    Plaintiff, §
§
versus §    Civil Action H-16-3168
§
Nabors Drilling USA, LP, §
§
    Defendant. §

## Final Dismissal

1. Having been advised that the parties have resolved the claims between them, this case is dismissed with prejudice.

2. This court retains jurisdiction to enforce the settlement.

3. Each party will bear their own costs.

Signed on February 5, 2018, at Houston, Texas.

_____
Lynn N. Hughes
United States District Judge